NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATHANIEL NEWSOME, SR.,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3027

---

Petition for review of the Merit Systems Protection Board in No. AT0831130621-I-1.

---

**ON MOTION**

---

**O R D E R**

Nathaniel Newsome, Sr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                   NEWSOME v. OPM


                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court


s24